IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARLTON J. WALKER,

    Petitioner,

v.

KEVIN SPRAYBERRY,

    Respondent.

CIVIL ACTION NO.: 6:17-cv-24

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 17), to which Petitioner Carlton J. Walker ("Walker") filed Objections, (doc. 18). The Court **OVERRULES** Walker's Objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **GRANTS** Respondent's Motion to Dismiss, (doc. 12), **DISMISSES** Walker's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, and **DENIES** Walker a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 29th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA