# United States District Court
## Southern District of Georgia

CARLTON J. WALKER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17CV-024

KEVIN SPRAYBERRY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order dated March 29, 2018, the Court GRANTS Respondent's Motion to Dismiss, DISMISSES Walker's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, and DENIES Walker a Certificate of Appealability and leave to proceed in forma pauperis on appeal. The Clerk of Court is directed to close this case.

March 29, 2018
*Date*

Scott L. Poff
*Clerk*

*James R. Burell*
(By) Deputy Clerk